BART M. DAVIS, IDAHO BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-9903
TELEPHONE: (208) 334-1211
FAX: (208) 334-1038

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 18-255-S-EJL |
| Plaintiff, | |
| vs. | UNITED STATES' MOTION TO UNSEAL |
| ALEXANDR STRICHARSKIY, | |
| Defendant. | |

The United States of America and Bart M. Davis, United States Attorney for the District of Idaho, and Christian S. Nafzger, Assistant United States Attorney, move this Honorable Court for an Order directing that the Indictment and the associated warrant in the above-entitled case, returned by the Federal Grand Jury for the District of Idaho on August 15, 2018, be unsealed.

DATED this 22nd day of August, 2018.

BART M. DAVIS
United States Attorney

/s/ Christian S. Nafzger
Assistant United States Attorney

UNITED STATES' MOTION TO UNSEAL - 1